

# USHER LAW GROUP P.C.

YOUR RIGHTS ARE OUR BUSINESS

★★★★★

**Our Attorneys:**

**Mikhail Usher, Esq** ▪▪○
**Alexander Susi, Esq** ▪▪^
**Mitchell Bromberg** ▪▪
**Vladimir Nikhman, Esq** ▪○*
**Jason Valentin, Esq** ○*
**Thomas Mirigliano, Esq** ▪*
**Siara Ossa, Esq** ▪▪
Admitted in: ▪ NY • NJ ○ FL ^PA
Of Counsel *

**Brooklyn Office:**

**1022 Avenue P, 2nd Floor**
**Brooklyn, New York 11223**
**(t) (718) 484-7510**
**(f) (718) 865-8566**
**(e) Musheresq@gmail.com**

**Florida Office:**

**1221 South 21st Avenue,**
**Hollywood, FL 33020**
**(t) (754) 258-3270**

April 4, 2025

Hon. Lewis A. Kaplan
U.S. District Court
Southern District District of New York
500 Pearl St.
New York, NY 10007-1312

**RE:** *United States v. Joy Harris, 1:24-cr-00207-LAK*

Dear Honorable Judge Kaplan,

Undersigned Counsel represents Joy Harris in the above referenced matter. On February 26, 2025, Joy Harris appeared before this Court for Sentencing. After, sentencing this Court instructed that we reach out in the event that Ms. Harris was not provided instructions for her surrender. The Court found that Ms. Harris would not be required to surrender before April 9, 2025. As we have received no information from the Bureau of Prisons, we are seeking an extension of her surrender date and/or further instruction from the Court.

Thank you for your attention and cooperation in this matter. Should you have any questions, please do not hesitate to contact our office at any time.

Sincerely,

*Mikhail Usher*

MIKHAIL USHER, ESQ.
*Attorney at Law*